**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JAMES E. PATRICK, II, Administrator
of the Estate of Marvin Ross, deceased**                                              **PLAINTIFF**

**v.**                             **CASE NO. 3:09-CV-0077 BSM**

**SHERIFF JAMES SANDERS, in his official
capacity; and JOHN DOES 1-10, individually
and in their official capacities**                                              **DEFENDANTS**

## ORDER

The unopposed motion of defendant Sheriff James Sanders for leave to depose inmate Anthony R. Ruffin (Doc. No. 11) is granted. Pursuant to Federal Rule of Civil Procedure 30(a)(2), the deposition of Anthony R. Ruffin is permitted on a mutually agreeable date and time within the next 30-60 days at the Varner Supermax Unit.

IT IS SO ORDERED THIS 30th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE