IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES E. PATRICK, II, Administrator
of the Estate of MARVIN ROSS, Deceased                              PLAINTIFF

v.                          Case No. 3:09-cv-77-DPM

SHERIFF DALE COOK,
in his official capacity; and
JOHN DOES 1-10, individually
and in their official capacities                                    DEFENDANTS

JUDGMENT

Patrick's procedural due process claim and his claims against the John Doe Defendants are dismissed without prejudice. All other claims are dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 July 2011